UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MONNIE PRYOR, | ) |
| *Plaintiff* | ) ) ) ) Cause No. 1:21-cv-2234-RLM-TAB |
| v. | ) ) |
| ASCENSION HEALTH ALLIANCE, INC., | ) ) ) ) |
| *Defendant* | ) |

### ORDER

The court granted summary judgment in favor of Ascension on January 31, 2023. Ascension filed a motion for entry of bill of costs. [Doc. No. 51]. Ascension then filed a motion to withdraw the motion for bill of costs. [Doc. No. 52]. The court GRANTS the motion to withdraw, [Doc. No. 52], and DIRECTS the clerk to withdraw the motion for bill of costs without prejudice, [Doc. No. 51].

SO ORDERED.

ENTERED: March 7, 2023

/s/ Robert L. Miller, Jr.
Judge, United States District Court

Distribution to all counsel of record via CM/ECF.